# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 300 MAL 2014
:
             Respondent : Petition for Allowance of Appeal from the
: Order of the Superior Court
:
        v. :
:
:
:
CARLOS A. HAYNES, :
:
             Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.